In the Matter of the Claim of PERRY O. BRYANT, Respondent, against THE PULLMAN COMPANY, Appellant.

THE STATE INDUSTRIAL COMMISSION, Respondent.

*Bryant* v. *Pullman Co.*, 188 App. Div. 311, affirmed.
(Argued February 25, 1920; decided March 19, 1920.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the third judicial department, entered July 9, 1919, affirming an award of the state industrial commission made under the Workmen's Compensation Law. Claimant was injured while employed as a porter on a Pullman car. The appellant contended that the claimant at the time of the injury was an employee of the United States Railroad Administration and not of the Pullman Company, as a corporation, and that no award could be properly made against the Pullman Company, as a corporation.

*Maurice C. Spratt* and *H. W. Huntington* for appellant.

*Charles D. Newton*, Attorney-General (*E. C. Aiken* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, HOGAN, POUND, ANDREWS and ELKUS, JJ. Not voting: McLAUGHLIN, J.